```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT BLUEFIELD
```

RESURRECTION COAL COMPANY,
INC.,

    Plaintiff,

v.                        CIVIL ACTION NO. 1:17-02853

JAMES C. JUSTICE COMPANIES,
INC., et al.,

    Defendants.

### ORDER

For reasons appearing to the court, a hearing on motions will be held on October 31, 2017, at 1:30 p.m., in Bluefield.

The Clerk is directed to send a copy of this Order to counsel of record.

IT IS SO ORDERED this 13th day of October, 2017.

                            ENTER:

                            */s/ David A. Faber*
                            David A. Faber
                            Senior United States District Judge