```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                      BLUEFIELD
```

RESURRECTION COAL COMPANY,
INC.,

    Plaintiff,

v.                              CIVIL ACTION NO. 1:17-02853

JAMES C. JUSTICE COMPANIES,
INC., et al.,

    Defendants.

<u>ORDER</u>

For reasons appearing to the court, the hearing on motions will be held at 11:00 a.m. on November 7, 2017, in Bluefield.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED this 24th day of October, 2017.

                                ENTER:

                                */s/ David A. Faber*
                                David A. Faber
                                **Senior United States District Judge**